Marjorie L. Burgess
Box 5692
Eureka, CA 95502
(707)-362-3059
Plaintiff
Pro Se

Clear Form

# E-filing

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**BZ**

Marjorie L. Burgess, et al
                        Plaintiff,

CASE NO. CV 08 4029

vs.

Officer Terry Liles, et al
                        Defendant.

APPLICATION TO PROCEED
IN FORMA PAUPERIS
(Non-prisoner cases only)

I, Marjorie L. Burgess, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed?     Yes ____ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

- 1 -

1  and wages per month which you received.
2  _____0_____
3  _____
4  _____
5  2.     Have you received, within the past twelve (12) months, any money from any of the
6  following sources:
7       a.     Business, Profession or              Yes ___ No ✓
8              self employment?
9       b.     Income from stocks, bonds,           Yes ___ No ✓
10             or royalties?
11      c.     Rent payments?                       Yes ___ No ✓
12      d.     Pensions, annuities, or              Yes ___ No ✓
13             life insurance payments?
14      e.     Federal or State welfare payments,   Yes ✓ No ___
15             Social Security or other govern-
16             ment source?
17 If the answer is "yes" to any of the above, describe each source of money and state the amount
18 received from each.
19 _____Welfare $658.oc Monthly_____
20 _____
21 3.     Are you married?                          Yes ___ No ✓
22 Spouse's Full Name: _____
23 Spouse's Place of Employment: _____
24 Spouse's Monthly Salary, Wages or Income:
25 Gross $_____ Net $_____
26 4.     a.     List amount you contribute to your spouse's support:$ _____
27        b.     List the persons other than your spouse who are dependent upon you for support
28               and indicate how much you contribute toward their support. (NOTE: For minor

- 2 -

children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.)

L.A.C, 14 ; C.L.B, 16

5. Do you own or are you buying a home?    Yes ___ No ✓

Estimated Market Value: $_____ Amount of Mortgage: $_____

6. Do you own an automobile?    Yes ___ No ✓

Make _____ Year _____ Model _____

Is it financed? Yes ___ No ___ If so, Total due: $ _____

Monthly Payment: $ _____

7. Do you have a bank account? Yes ___ No ✓ (Do not include account numbers.)

Name(s) and address(es) of bank: _____

Present balance(s): $ ∅

Do you own any cash? Yes ___ No ✓ Amount: $ _____

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.)    Yes ✓ No ___

8. What are your monthly expenses?

Rent: $ 400—    Utilities: 210 —

Food: $ 280 —    Clothing: ?

Charge Accounts: none

| Name of Account | Monthly Payment | Total Owed on This Account |
|---|---|---|
| ∅ | $ | $ |
|  | $ | $ |
|  | $ | $ |

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

no

- 3 -

1
2  10.   Does the complaint which you are seeking to file raise claims that have been presented in
3  other lawsuits?   Yes ___   No ✓
4  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
5  which they were filed.
6  _____ none _____
7
8  I declare under the penalty of perjury that the foregoing is true and correct and understand that a
9  false statement herein may result in the dismissal of my claims.
10
11  Aug. 19, 2008                         Marjorie J. Burgess
12       DATE                             SIGNATURE OF APPLICANT

- 4 -