# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

CHRISTOPHER BURGESS, et al.,

        **Plaintiff(s),**
        (Petitioner)

V.

OFFICER TERRY LILES, et al.,

        **Defendant(s),**
        (Respondent)

Case No. CV-08-4029-BZ

*ORDER RE APPLICATION TO PROCEED IN FORMA PAUPERIS*

FILED AUG 2 8 2008 RICHARD W. WIEKING, CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

☐ **ORIGINAL**

(✓) **IT IS ORDERED** that the application to proceed in forma pauperis is *GRANTED* and that the Clerk issue summons.

**IT IS FURTHER ORDERED** that the U.S. Marshal for the Northern District of California serve, without prepayment of fees, a copy of the complaint, any amendments, scheduling orders, attachments, plaintiff's affidavit and this order upon the defendant.

( ) **IT IS ORDERED** that the application to proceed in forma pauperis is *DENIED*, and that the filing fee of $350.00 be paid no later than _____. Failure to pay the filing fee by that date will result in dismissal of the above-entitled action without prejudice. The plaintiff is hereby apprised of his/her responsibility to serve the complaint and any amendments, scheduling orders, attachments, pursuant to Rule 4, Federal Rules of Civil Procedure. Plaintiff has a continuing obligation to keep the Court informed of his or her current address. Failure to do so may result in dismissal of this action.

( ) **IT IS ORDERED** that the application to proceed in forma pauperis is *DENIED* and that plaintiff is further ordered to make partial payment of the filing fee in the amount of $ _____ by _____. Failure to pay this amount will result in dismissal of the above-entitled action without prejudice. The plaintiff is hereby apprised of his/her responsibility to serve the complaint and any amendments, scheduling orders, attachments, pursuant to Rule 4, Federal Rules of Civil Procedure. Plaintiff has a continuing obligation to keep the Court informed of his or her current address. Failure to do so may result in dismissal of this action.

Dated: 27 Aug 08

UNITED STATES MAGISTRATE JUDGE

(Not to be used in HABEAS CORPUS cases)

NDC CSA-7

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF CHRISTOPHER BURGESS et al,<br><br>        Plaintiff,<br><br>v.<br><br>TERRY LILES et al,<br><br>        Defendant.               / | Case Number: CV08-04029 BZ<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 28, 2008, I SERVED a true and correct copy(ies) of the attached **ORDER RE APPLICATION TO PROCEED *IN FORMA PAUPERIS***, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Estate of Christopher Burgess
c/o Marjorie Burgess
P.O. Box 5692
Eureka, CA 95501


Dated: August 28, 2008

                                                  Richard W. Wieking, Clerk
                                                  By: Rose Maher, Deputy Clerk

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF CHRISTOPHER BURGESS et al, | Case Number: CV08-04029 BZ |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| TERRY LILES et al, | |
| Defendant. / | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 28, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Estate of Christopher Burgess
c/o Marjorie Burgess
P.O. Box 5692
Eureka, CA 95501

Marjorie Burgess
P.O. Box 5692
Eureka, CA 95501

Dated: August 28, 2008

Richard W. Wieking, Clerk
By: Simone Voltz, Deputy Clerk