ERIC R. MAIER (SBN 182808)
LOUIS E. SHOCH (SBN 205557)
MAIER SHOCH LLP
633 West Fifth Street, Suite 5880
Los Angeles, CA 90071
Telephone: (213) 489-4778
Facsimile:  (213) 489-4798

BRIAN E. CLAYPOOL (SBN 134674)
THE CLAYPOOL LAW FIRM
633 West Fifth Street, Suite 5880
Los Angeles, CA 90071
Telephone: (213) 488-2042
Facsimile: (626) 796-9951

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Estate of CHRISTOPHER BURGESS, MARGORIE BURGESS, as Guardian of LEE ALLEN CONOBOY, and CASEY LEE BURGESS<br><br>Plaintiffs,<br><br>v.<br><br>OFFICER TERRY LILES, CHIEF MURL HARPHAM, PROBATION OFFICER STEVE SCHAENING, PROBATION OFFICER PETRINA FENNELL, PROBATION OFFICER ANDREW McLAUGHLIN, DEPUTY SHERIFF JON SYLVIA, THE CITY OF EUREKA, THE COUNTY OF HUMBOLDT, THE DISTRICT ATTORNEY OF HUMBOLDT COUNTY PAUL V. GALLEGOS, THE HUMBOLDT COUNTY SHERIFF'S OFFICE, and VARIOUS DOES DEFENDANTS, 1 through X, inclusive,<br><br>Defendants. | Case No.: 08-CV-4029 SI<br><br>**[PROPOSED] ORDER APPROVING PLAINTIFF'S REQUEST FOR SUBSTITUTION OF ATTORNEY** |

| | |
|---|---|
| 1 | |
| 2 | The Court hereby orders that Plaintiff Margorie Burgess's request to substitute attorneys Brian E. Claypool of the Claypool Law Firm and Eric R. Maier of Maier Shoch LLP as counsel of record for Margorie Burgess, who previously was acting in pro per, is hereby GRANTED. |

DATED:_____  _____
                                           U.S. District Court Judge