Brian Edward Claypool
The Claypool Law Firm
Attorneys at Law
633 W. Fifth Street, Suite 5880
Los Angeles, CA 90071
Tel: (213) 488-2042
Fax: (213) 489-4798
E-Mail: becesq@aol.com

Attorneys for Plaintiffs


Nancy K. Delaney, SBN 70617
Nicholas R. Kloeppel, SBN 186165
MITCHELL, BRISSO, DELANEY & VRIEZE
Attorneys at Law
814 Seventh Street
P. O. Drawer 1008
Eureka, CA 95502
Tel: (707) 443-5643
Fax: (707) 444-9586
E-Mail: kradford@mitchelllawfirm.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Estate of CHRISTOPHER BURGESS, MARGORIE BURGESS, as Guardian of LEE ALLEN CONOBOY, and CASEY LEE BURGESS,<br><br>Plaintiffs,<br><br>vs.<br><br>OFFICER TERRY LILES, CHIEF MURL HARPHAM, PROBATION OFFICER STEVE SCHAENING, PROBATION OFFICER PETRINA FENNELL, PROBATION OFFICER ANDREW McLAUGHLIN, DEPUTY SHERIFF JON SYLVIA, THE CITY OF EUREKA, THE COUNTY OF HUMBOLDT, THE EUREKA POLICE DEPARTMENT, THE DISTRICT ATTORNEY OF HUMBOLDT COUNTY PAUL V. GALLEGOS, THE HUMBOLDT COUNTY SHERIFFS OFFICE AND | CASE NO.: CV 08-4029-SI<br><br>**STIPULATION AND ORDER** |

1  VARIOUS DOE DEFENDANTS, 1 – X
   INCLUSIVE,
2
        Defendants.
3  _____

4

5       The parties to this action represent, stipulate and jointly respectfully request the

6  following:

7       That the Case Management Conference presently scheduled for December 19,

8  2008, be rescheduled to **February 13, 2009**. The reason for the request is that plaintiffs'

9  counsel formally substituted into the case on December 12, 2008. Counsel for plaintiffs

10 needs time to review the pleadings with an eye towards filing a First Amended Complaint

11 to dismiss at least two of the presently named defendants.

12 DATED: December 18, 2008         THE CLAYPOOL LAW FIRM

13

14                                  By: _____
                                    Brian Edward Claypool
15                                  Attorneys for Plaintiffs

16 DATED: December 18, 2008         MITCHELL, BRISSO, DELANEY & VRIEZE

17

18                                  By: /s/
                                    Nancy K. Delaney
19                                  Attorneys for Defendants
                                    * * * * *
20
                                    **ORDER**
21

22
        IT IS ORDERED that the Case Management Conference scheduled for December
23
   19, 2008, is continued to **February 13, 2009**.
24
   DATED: _____
25
                                    _____
26                                  HONORABLE SUSAN ILLSTON
                                    United States District Court

MITCHELL, BRISSO,
DELANEY & VRIEZE
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502

2

STIPULATION AND ORDER