

Brian E. Claypool, Esq. SBN #134674
Claypool Law Firm
1055 E. Colorado Blvd., 5th Floor
Pasadena, California 91106
Telephone:  (626) 240-4616
Facsimile:   (626) 240-4617

Attorneys for Plaintiffs The Estate of Christopher Burgess and Marjorie Burgess

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT

| | |
|---|---|
| THE ESTATE OF CHRISTOPHER BURGESS, MARJORIE BURGESS,<br><br>Plaintiffs,<br><br>vs.<br><br>CHIEF MURL HARPHAM, et al.<br><br>Defendants. | Case No.:  08 CV-04029 SI<br><br>JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER |

**THE PARTIES HERETO**, by and through their attorneys of record, stipulate to continue the Case Management Conference ("CMC") presently scheduled for February 13, 2009, to **April 10, 2009**. A continuance of the CMC is necessary because plaintiff is retaining new associated counsel in place and instead of Maier Shoch who have recently withdrawn from their case. Additionally, plaintiffs' counsel, Brian Claypool, has just relocated offices and is in the process of setting up his office.

///

///

///

It would be in the best interest of all parties to have plaintiffs' new associated counsel participate in preparation of the CMC. This short continuance of the CMC will not affect any trial or pretrial conference dates as none have been set.

IT IS SO STIPULATED:

DATED: February 3, 2009          CLAYPOOL LAW FIRM

/S/
BRIAN E. CLAYPOOL
Attorney for Plaintiffs the Estate of
Christopher Burgess, Marjorie Burgess

DATED: February 4, 2009          MITCHELL BRISSO DELANEY & VRIEZE

NANCY K. DELANEY
Attorneys for Defendants

IT IS SO ORDERED
Judge Susan Illston

2
JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE