UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF CHRISTOPHER BURGESS, et. al. | Case No. 08 CV-04029-SI |
| Plaintiff, | **[PROPOSED] ORDER RE: FILING OF FIRST AMENDED COMPLAINT** |
| vs. | |
| OFFICER TERRY LILES, et al., | |
| Defendants. | |

### [PROPOSED] ORDER

**GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED** that Plaintiff's Proposed First Amended Complaint, as attached hereto, shall be filed.  Defendants shall have 20 days to file a responsive pleading from the date that Plaintiff's First Amended Complaint is filed.

**IT IS SO ORDERED.**

DATED:  April ___, 2009

_____
Hon. Susan Illston
United States District Judge