Brian Edward Claypool
The Claypool Law Firm
Attorneys at Law
633 W. Fifth Street, Suite 5880
Los Angeles, CA  90071
Tel: (213) 488-2042
Fax: (213) 489-4798
E-Mail: becesq@aol.com

Attorneys for Plaintiffs

Nancy K. Delaney, SBN 70617
Nicholas R. Kloeppel, SBN 186165
MITCHELL, BRISSO, DELANEY & VRIEZE
Attorneys at Law
814 Seventh Street
P. O. Drawer 1008
Eureka, CA  95502
Tel:  (707) 443-5643
Fax: (707) 444-9586
E-Mail:  kradford@mitchelllawfirm.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Estate of CHRISTOPHER BURGESS, MARGORIE BURGESS, as Guardian of LEE ALLEN CONOBOY, and CASEY LEE BURGESS,<br><br>         Plaintiffs,<br><br>vs.<br><br>OFFICER TERRY LILES, CHIEF MURL HARPHAM, PROBATION OFFICER STEVE SCHAENING, PROBATION OFFICER PETRINA FENNELL, PROBATION OFFICER ANDREW McLAUGHLIN, DEPUTY SHERIFF JON SYLVIA, THE CITY OF EUREKA, THE COUNTY OF HUMBOLDT, THE EUREKA POLICE DEPARTMENT, THE DISTRICT ATTORNEY OF HUMBOLDT COUNTY PAUL V. GALLEGOS, THE HUMBOLDT COUNTY SHERIFFS OFFICE AND | CASE NO.:  CV 08-4029-SI<br><br>**STIPULATION AND ORDER** |

MITCHELL, BRISSO,
DELANEY & VRIEZE
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502

1

STIPULATION AND ORDER

VARIOUS DOE DEFENDANTS, 1 – X INCLUSIVE,

    Defendants.

The parties to this action represent, stipulate and jointly respectfully request the following:

That the Case Management Conference presently scheduled for March 19, 2010, be rescheduled to **July 9, 2010**.  This request is being made due to scheduling conflicts of counsel.

DATED:  March 18, 2010    THE CLAYPOOL LAW FIRM

By:  /s/
    Brian Edward Claypool
    Attorneys for Plaintiffs

DATED:  March 18, 2010    MITCHELL, BRISSO, DELANEY & VRIEZE

By:  /s/
    Nancy K. Delaney
    Attorneys for Defendants

\* \* \* \* \*

### **ORDER**

IT IS ORDERED that the Case Management Conference scheduled for March 19, 2010, is continued to **July 9, 2010.**

DATED:  _____

_____
HONORABLE SUSAN ILLSTON
United States District Court

MITCHELL, BRISSO,
DELANEY & VRIEZE
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502

2
STIPULATION AND ORDER