UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGORIE BURGESS, | CASE NO.:  CV 08-4029-SI |
| Plaintiff, | [PROPOSED] ORDER GRANTING JOINT STIPULATION TO MODIFY EXISTING SCHEDULING ORDER |
| vs. | |
| OFFICER TERRY LILES, in his individual capacity, CHIEF MURL HARPHAM, in his official capacity, PROBATION OFFICER STEVE SCHAENING, in his individual capacity, PROBATION OFFICER PETRINA FENNELL, in her individual capacity, PROBATION OFFICER ANDREW McLAUGHLIN, in his individual capacity, THE CITY OF EUREKA, THE COUNTY OF HUMBOLDT, THE EUREKA POLICE DEPARTMENT, AND DOES 1-10, INCLUSIVE, | |
| Defendants. | |

The Court having considered the Joint Stipulation to Modify the Existing Scheduling Order submitted by counsel for plaintiff and counsel for defendants, hereby extends the dates as requested in the Joint Stipulation as follows:

MITCHELL, BRISSO,
DELANEY & VRIEZE
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502

1
[PROPOSED] ORDER GRANTING JOINT STIPULATION TO MODIFY EXISTING SCHEDULING ORDER

| | Description | Present Cutoff | New Date |
|---|---|---|---|
| 1 | | | |
| 2 | General Non-Expert Discovery Cut Off | 4/16/10 | 8/13/10 |
| 3 | Designation of Experts | 4/30/10 | 9/10/10 |
| 4 | Expert Discovery Cut Off | 5/28/10 | 10/29/10 |
| 5 | File Dispositive Motions | 5/14/10 | 12/3/10 |
| 6 | Opposition to Dispositive Motion | 5/28/10 | 12/17/10 |
| 7 | Reply to Dispositive Motion | 6/4/10 | 12/24/10 |
| 8 | Hearing on Dispositive Motions | 6/18/10 | 1/7/11 @ 9:00 a.m. |
| 9 | Pre-Trial Papers Due | 5/14/10 | 2/15/11 |
| 10 | Pre-Trial Conference | 8/3/10 | 3/1/11 @ 3:30 p.m. |
| 11 | Trial | 8/16/10 | 3/14/11 @ 8:30 a.m. |
| 12 | Mandatory Settlement Conference | 6/23/10 | 1/5/11 – 2/3/11 |

IT IS SO ORDERED.

DATED: _____    _____
                             HONORABLE SUSAN ILLSTON
                             United States District Judge

MITCHELL, BRISSO,
DELANEY & VRIEZE
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502

2
[PROPOSED] ORDER GRANTING JOINT STIPULATION TO MODIFY EXISTING SCHEDULING ORDER