IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARJORIE BURGESS, | No. C 08-4029 SI |
| Plaintiff, | **JUDGMENT** |
| v. | |
| TERRY LILES, *et al.*, | |
| Defendants. | |

The Court has granted defendants' motion for summary judgment.  Judgment is hereby entered against plaintiff and in favor of defendants.
.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: January 10, 2011

SUSAN ILLSTON
United States District Judge